## AFFIDAVIT

I, Peyton C. Ross, being duly sworn, do hereby declare and state the following:

1. I am employed as a Deputy U.S. Marshal and have been since August of 2021. As a Deputy U.S. Marshal, I am authorized under 18 U.S.C. § 564 to enforce the laws of the United States, including 18 U.S.C. § 751, entitled Prisoners in Custody of Institution or Officer, and all its subsections.

2. On or about September 30, 2016, J'Vonta BUCKLEY was sentenced by United States District Judge Edmund A. Sargus Jr. to a term of 100 months of incarceration in the Bureau of Prisons (BOP) following a conviction under 18 U.S.C. § 2252(a)(4)(B) and (b)(2), Possession of Visual Depictions of Child Pornography. BUCKLEY was also sentenced to six (6) years of Supervised Release.

3. On or about October 18, 2016, BUCKLEY was released to custody of the BOP and ultimately incarcerated at USP Florence. On or about January 25, 2023, BUCKLEY was transferred to the Alvis House for Men, located at 1755 Alum Creek Drive Columbus, Ohio where he was to remain in custody of the BOP until his projected release date of August 31, 2023. The Alvis House is a Halfway House in the Southern District of Ohio, and a facility approved by the BOP for transitioning federal inmates.

4. When an inmate is serving part of their sentence at the Alvis House, they remain in BOP custody. Inmates are restricted on their movement to and from the facility and are only able to leave the facility for work or with approval from the facility staff and signing out of the facility when departing and signing back in when returning.

5. On or about February 10, 2023, at 7:54 p.m. EST, the BOP duty officer received a phone call from Alvis House staff that the above offender went to a local bank at 3:00 p.m. EST, and had a strap alarm on his GPS ankle monitor at 4:36 p.m. EST. The strap alarm was caused by the monitor strap being severed and removed from BUCKLEY's person. The Alvis House called his cell phone and his emergency contacts with no response. At 7:54 p.m. EST the BOP Duty Officer placed the offender on escape status. The USMS were notified at 8:08 p.m. EST.

6. As of February 13, 2023, BUCKLEY has not returned to the Alvis House and his whereabouts are unknown. No attempts have been made by USMS Southern Ohio to locate BUCKLEY.

7. Based on the foregoing facts and my knowledge and experience, I submit that probable cause exists to believe J'Vonta BUCKLEY did knowingly escape from the custody of the United States Bureau of Prisons in violation of 18 U.S.C. 751(a). I thereby request the issuance of a criminal complaint and arrest warrant.

Peyton C. Ross
Deputy U.S. Marshal

Sworn before me and subscribed in my presence this 21st day of February 2023, in Columbus, Ohio

*Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE